## 75527. CRAWFORD W. LONG MEMORIAL HOSPITAL OF EMORY UNIVERSITY v. YERBY.
### (379 SE2d 237)

BENHAM, Judge.

This court having entered on March 4, 1988, a judgment in the above-styled case (186 Ga. App. 407 (367 SE2d 245) (1988)), affirming the judgment of the trial court; and the judgment of this court having been reversed by the Supreme Court in *Crawford W. Long Memorial Hosp. of Emory Univ. v. Yerby*, 258 Ga. 720 (373 SE2d 749) (1988), the judgment heretofore rendered by this court is vacated, and the judgment of the Supreme Court is made the judgment of this court.

*Judgment reversed. Banke, P. J., and Carley, J., concur.*

DECIDED JANUARY 25, 1989.

*Gerald F. Handley, K. Scott Graham, Sidney F. Wheeler, J. M. Hudgins IV*, for appellant.

*Michael T. Bennett, H. A. Stephens, Jr., Hunter S. Allen, Jr., Thomas S. Carlock, E. Jane Simpson*, for appellee.